

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00805-CV

**ARKOMA ENERGY SERVICES, INC.**,
Appellant

v.

Samantha **LEE**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2016CV07124
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
           Karen Angelini, Justice
           Irene Rios, Justice

Delivered and Filed:  March 14, 2018

REVERSED AND REMANDED

Pending before the court is the parties' joint motion requesting that we reverse the trial court's order granting default judgment and remand this case to the trial court.  The parties have agreed that this case should be remanded to the trial court for a new trial on Lee's wrongful termination claim and any resulting damages.  The motion is granted.  Accordingly, we "set aside the trial court's [August 10, 2017 order granting default] judgment without regard to the merits and remand the case to the trial court" for further proceedings.  *See* TEX. R. APP. P. 42.1(a)(2)(B).

PER CURIAM